RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 18 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

Invitation Homes 7 LP
Plaintiff,

v

Case Number: 26-M-36879
1:26-CV-4702

Rogelene Jones
Defendant,

Im requesting to have my case removed from Gwinnett County Court Due to unlawful Collection.

E-FILED IN OFFICE KC
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
26-M-36879
7/29/2026 12:08 AM
TIANA P. GARNER, CLERK

## Magistrate Court of Gwinnett County, State of Georgia

Dispossessory Proceeding

INVITATION HOMES 7 LP
C/O TOTTEN FIRM 5579 CHAMBLEE DUNWOODY RD, STE B-136
ATLANTA, GA 30338
404-905-6577
MFT@TOTTENFIRM.COM

VS.

ROGELENE JONES, AND ALL OTHER OCCUPANTS
3460 KENTWATER DR
BUFORD GA 30519

26-M-36879
CASE # 26-M-36879

**EXPEDITED**
Attorney: MATTHEW TOTTEN / 798580
THE TOTTEN FIRM
Ref ID:

Personally appeared the undersigned affiant who on oath says that affiant is ATTORNEY for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the above address in GWINNETT County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship

**Further That:** TENANT FAILED TO PAY THE RENT WHICH IS NOW DUE

That Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and the Defendant(s) has/have failed and refused to deliver said possession.

**WHEREFORE, PLAINTIFF(S) DEMANDS :**

a) Possession of the premises
b) Judgement for the past due rent in the amount of $3079.90 for the month(s) of JULY
c) Rent accruing up to the date of judgment or vacancy at the rate of $2695.00 per month
c) Other: LATE FEE 115/MO, UTILS AS INCURRED, CT COSTS, ATTY FEES

"By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct."
**AFFIANT:** /s/ Matthew F. Totten 07-28-2026

---

## SUMMONS

**To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:**
The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally either online or in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made, a Writ of Possession and/or Judgment shall issue as provided by law.
Witness the Honorable Kristina Hammer Blum, Chief Magistrate of Said Court.

K. Calado
**Magistrate Or Deputy Clerk:**

7/29/2026
**Issued on:**

**Date Of Service:** 8-15-26

## Writ Of Possession

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff: You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendent(s) together with Defendant(s)/their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective:
1. Instanter); or 2.(On____________________ 20_____; or 3.Pursuant to the terms of a consent judgment filed herewith dated____________________, 20_____

**Magistrate:** ____________________

**Date:** ____________________

Rogelene Jones
3460 Kentwater Dr
Buford, GA 30519
216-983-9755 rogelenejones03@gmail.com
August 18, 2026

Clerk of Court
United States District Court for the Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building & U.S. Courthouse, 2211 U.S. Courthouse, 75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Re: Request to Transfer Civil Eviction Case to Federal Court for Unlawful Collection

Case Name: Invitation Homes 7 LP v. Rogelene Jones — Case Number: 26-M-36879

Dear Clerk of Court,

I am writing to respectfully request the transfer of the above-mentioned civil eviction case (Case No. 26-M-36879) from the Magistrate Court of Gwinnett County, Georgia to the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division. This request is made pursuant to 28 U.S.C. § 1441, which grants the federal court jurisdiction over matters involving federal questions and diversity of citizenship.

I believe that the case warrants transfer to federal court due to the presence of federal questions and concerns related to unlawful collection practices, which fall under federal law. The following reasons support the request for transfer:

1. Federal Question: The eviction case involves allegations of unlawful collection practices, excessive fees which directly implicate provisions of federal law, including but not limited to the Fair Debt Collection Practices Act (FDCPA) [15 U.S.C. § 1692 et seq.] and other relevant federal statutes. These federal questions raise substantial issues that are best addressed in the federal court.
2. Diversity of Citizenship: The Plaintiff, Invitation Homes 7 LP, is a limited partnership; [VERIFY: for diversity purposes, an LP's citizenship is that of every one of its general and limited partners, not merely its state of formation - confirm none of them is a Georgia citizen before relying on this ground]. The Defendant, Rogelene Jones, is a citizen of Georgia. [VERIFY: the amount in controversy shown on the complaint must exceed $75,000, exclusive of interest and costs, for diversity jurisdiction to apply].
3. Efficiency and Consistency: Transferring this case to federal court will promote judicial efficiency and consistency in adjudicating matters involving federal questions and diverse parties. Consolidating this case with other federal cases involving similar issues will ensure uniform interpretation and application of federal laws.

4. Adequate Resources: The federal court has the necessary resources and expertise to handle complex issues related to federal law and ensure a fair and just resolution of the case.

Therefore, I kindly request that you initiate the necessary procedures to transfer the civil eviction case to the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division. I have enclosed a copy of the complaint and relevant documents filed in the state court for your reference. Please notify all relevant parties of the transfer and provide guidance on any additional steps or documents required.

Thank you for your attention to this matter. Should you require any further information or have any questions, please do not hesitate to contact me at 216-983-9755 or rogelenejones03@gmail.com

Sincerely,

Rogelene Jones

Rogelene Jones 08/18/2026

# NOTICE TO APPEAR

## GWINNETT MAGISTRATE COURT, GEORGIA
## MAGISTRATE COURT CIVIL DIVISION

| | |
|---|---|
| INVITATION HOMES 7 LP VS JONES | 26-M-36879 |

AND ALL OTHER OCCUPANTS
3460 KENTWATER DR
BUFORD GA 30519

| | | |
|---|---|---|
| **August 19, 2026** | **9:00 AM** | **1C** |

**NOTE: When you arrive, you must check the electronic boards outside of the Magistrate Court Office to CONFIRM YOUR COURTROOM ASSIGNMENT.**

ALL INTERESTED PARTIES are REQUIRED to appear for trial on the date and at the time set above. Trial will be held in the courtroom shown in the Gwinnett Justice and Administration Center **(unless otherwise indicated on the electronic boards)** located at 75 Langley Drive, Lawrenceville, Georgia.

If you have an attorney, you should contact him/her to be present with you in court.

YOU WILL RECEIVE NO OTHER NOTICE.

**PLEASE BRING THIS COURT NOTICE WITH YOU WHEN YOU COME TO YOUR HEARING OR TRIAL.**

Office of the Clerk
Gwinnett Magistrate Court

## CERTIFICATE OF SERVICE

The Clerk of Magistrate Court, Gwinnett County, Georgia does hereby certify that the date of mailing and the date of notice to the parties is August 07, 2026.

TIANA P. GARNER, CLERK
GWINNETT COUNTY MAGISTRATE COURT

*For Your Information*
Videos have been created by both the State Administrative Office of the Courts and the Gwinnett County Magistrate Court to help non-lawyer litigants prepare for trials in Magistrate Court. You may access and view these videos at www.gwinnettcounty.com; simply click on "TV Gwinnett" (located on the left hand side of the home page), and then click on "Video on Demand." The videos are found under the "Jury & Courts" tab. These videos answer commonly asked questions about how to present a case in Magistrate Court. The videos are not intended to provide, nor do they provide, legal advice. They are meant solely to give litigants a general overview of what to expect in Magistrate Court. We encourage all non-lawyer litigants to review the videos in advance of their scheduled court date.

Form: NMG2015.COD Rev Date: 10/05/2018, supersedes 04/0702014

Rogelene Jones
3460 Kentwater Dr
Buford, GA 30519
August 18, 2026

Clerk of Magistrate Court, Gwinnett County, Georgia
Attn: Tiana P. Garner, Clerk
75 Langley Drive
Lawrenceville, GA 30046

Re: Case Name: Invitation Homes 7 LP v. Rogelene Jones — Case Number: 26-M-36879

Dear Clerk,

Please accept this Notice of Removal as a formal request to transfer the above-mentioned case from the Magistrate Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441.

1. Grounds for Removal:

The grounds for removal are as follows:

a) Federal Question Jurisdiction: The present case involves federal questions arising under the Fair Debt Collection Practices Act (FDCPA), a federal statute regulating debt collection practices. The plaintiff's claims allege violations of the FDCPA and seek relief under federal law.

b) Diversity Jurisdiction: In the alternative, diversity jurisdiction may exist in this case. The plaintiff, Invitation Homes 7 LP, is a limited partnership; [VERIFY: for diversity purposes, an LP's citizenship is that of every one of its general and limited partners, not merely its state of formation - confirm none of them is a Georgia citizen before relying on this ground]. The defendant, Rogelene Jones, is a citizen of Georgia. [VERIFY: the amount in controversy shown on the complaint must exceed $75,000, exclusive of interest and costs, for this ground to apply].

2. Parties:

The parties involved in this case are as follows:

Plaintiff: Invitation Homes 7 LP
[Plaintiff's Address — see Summons/Complaint]

Defendant: Rogelene Jones
3460 Kentwater Dr
Buford, GA 30519

3. State Court Proceedings:

The state court proceedings are currently pending in the Magistrate Court of Gwinnett County, Georgia under Case Number 26-M-36879. A copy of the state court complaint (Invitation Homes 7 LP v. Jones), along with all other relevant documents filed in the state court proceedings, is attached herewith for your reference.

4. Request for Transfer:

Pursuant to 28 U.S.C. § 1446, I hereby request the transfer of this case to the United States District Court for the Northern District of Georgia, Atlanta Division. I will promptly file a copy of this Notice of Removal, along with all attachments, with the Clerk of the federal court to initiate the case.

5. Service of Notice:

Copies of this Notice of Removal will be served upon all parties involved in the state court proceedings, including the plaintiff or its counsel of record, via certified mail, return receipt requested, promptly upon filing.

Please acknowledge receipt of this Notice of Removal by stamping the attached copy with the date of filing and returning it to the address indicated below. Additionally, please provide instructions on any further requirements or procedures for effectuating the transfer.

Thank you for your attention to this matter.

Sincerely,

R. Jones

Rogelene Jones
3460 Kentwater Dr, Buford, GA 30519

216-983-9755 / Rogelenjones03@gmail.com Rogelene Jones 08/18/2026