**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| INITIATION HOMES 7 LP,<br>Plaintiff,<br>v.<br>ROGELENE JONES,<br>Defendant. | Civil Action No.<br>1:26-cv-04702-SDG |

# ORDER

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) entered by United States Magistrate Judge J. Elizabeth McBath [ECF 3] recommending that this action be remanded to the Magistrate Court of Gwinnett County. Undersigned reviewed the R&R *de novo* and agrees with Judge McBath that there is no federal subject matter jurisdiction over this case. Accordingly, undersigned **ADOPTS** the R&R [ECF 3] in its entirety as the Order of this Court.

The Clerk of Court is **DIRECTED** to **REMAND** this case to the Magistrate Court of Gwinnett County, Georgia, and to close this action.

**SO ORDERED** this 24th day of August, 2026.

Steven D. Grimberg
United States District Judge